LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*GC Services LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCELLUS WADE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, a limited partnership; TRNAS UNION LLC, a foreign limited liability company;<br><br>Defendants. | Case No.: 2:20-cv-00105-RFB-BNW<br><br>**STIPULATION AND ORDER TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, GC SERVICES LIMITED PARTNERSHIP ("GC Services") and Plaintiff, MARCELLUS WADE, by and through their respective attorneys, hereby agree and stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant GC Services to file its response to Plaintiff's Complaint (ECF No. 1) shall be extended to **February 26, 2020**. The Defendant's Response is currently due on February 12, 2020. This is the parties' first request for extension and is their way of accommodating each other while considering possible resolution of this matter. The parties certify that this Stipulation is made in good faith and is not sought for the purpose of undue delay or to cause prejudice to any party.

DATED this 12th day of February, 2020

LAW OFFICE OF KEVIN L. HERNANDEZ

/s/ Kevin L. Hernandez

KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123

Attorney for Plaintiff

DATED this 12th day of February, 2020

LIPSON NEILSON P.C.

/s/ Joseph P. Garin

JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

Attorneys for Defendant
GC Services, LP

## ORDER

IT IS SO ORDERED.

DATED this February 13, 2020.

UNITED STATES MAGISTRATE JUDGE